IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2014 MAY -7  P 1:07

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

David Malone  175140
Full name and prison number
of plaintiff(s)

v.

President Barak Obama et. Al.

Hon. Eric Holder et. Al.

_____

_____

Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 2:14-cv-331-MEF
(To be supplied by Clerk of
U.S. District Court)

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES ( )  NO (✓)

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES ( )  NO (✓)

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below. (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) David Malone

            Defendant(s) ~~President Barak Obama et. Al.~~ N/A
                         ~~Eric Holder - United States Attorney General~~ N/A

        2.  Court (if federal court, name the district; if
            state court, name the county)  N/A

3. Docket number  N/A

4. Name of judge to whom case was assigned  N/A

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)  N/A

6. Approximate date of filing lawsuit  ~~[illegible]~~ N/A

7. Approximate date of disposition  N/A

II. PLACE OF PRESENT CONFINEMENT  Alabama Department of Correction

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED  Draper Correctional Facility - Alabama Department of Correction

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                                ADDRESS

1. President Barak Obama - 1600 Pennsylvania Ave NW, Washington DC, 30570

2. Eric Holder 5137 Robert F. Kennedy Bldg 10th St Washington, DC, 20530

3. 

4. 

5. 

6. 

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED  

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE:  I filed Against These Respective Plaintiff for The violation of my Right to Equal Protection under Federal Law and statute.

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND.  (State as best you can the time, place and manner and person involved.)

The President is Giving Clemency to federal Prisoners who have served a total of 10 years of their sentence, I have served 21 years of 35 years for Distribution of Crack Cocaine, The Piece of Crack in my Case was no Bigger Thru A #2 Pencil Eraser. I'am Also A Political Prisoner for the State of Alabama.

GROUND TWO: _____

SUPPORTING FACTS: _____

GROUND THREE: _____

SUPPORTING FACTS: _____

3

VI.  STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT.  CITE NO CASES OR STATUTES.

_____

_____

_____

*[signature]*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on  5/4/14  .
            (Date)

*[signature]*
Signature of plaintiff(s)

4

David Malone 175140 - A2-31A
Draper Correctional Facility
2828 Hwy 143
Elmore, Alabama 36025

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication"



Montgomery Postal ...
06 MAY 2014 PM

Office of the Clerk
United States District Court
One Church Street, suite B-10
Montgomery, Alabama 36104-4018

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication"