IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DAVID MALONE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:14cv331-MEF |
| | ) | (WO) |
| BARACK OBAMA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

On May 19, 2014, this court entered an order (Doc. No. 9) directing the plaintiff to submit an initial partial filing fee of $3.43 by June 9, 2014.  On June 4, 2014 (Doc. No. 10), the plaintiff moved for an extension of time to submit the initial partial filing fee, and this court entered an order (Doc. No. 11) granting the plaintiff an extension to June 23, 2014, to submit the initial partial filing fee.  In its order, the court specifically cautioned the plaintiff that his failure to comply with the order would result in a recommendation that the case be dismissed.  Doc. No. 11 at 2.

The requisite time has passed, and the plaintiff has failed to submit the initial partial filing fee in compliance with this court's orders.  The court concludes that dismissal is appropriate.

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this case be DISMISSED without prejudice because of the plaintiff's failure to comply with the orders of this court.


It is further

ORDERED that the parties are DIRECTED to file any objections to the said Recommendation on or before **July 22, 2014**. Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation to which the party is objecting. Frivolous, conclusive, or general objections will not be considered by the District Court. The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and recommendations in the Magistrate Judge's report shall bar the party from a *de novo* determination by the District Court of issues covered in the report and shall bar the party from attacking on appeal factual findings in the report accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982); s*ee Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982); s*ee also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981) (*en banc*), adopting as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981.

Done this 8th day of July, 2014.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE