IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID MALONE, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>BARACK OBAMA, *et al.*, )<br>)<br>Defendants. ) | CASE NO. 2:14-cv-331-MEF<br>WO |

## **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #13) to the Recommendation of the Magistrate Judge filed on July 21, 2014 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #12) entered on July 8, 2014 is adopted;

3. This case is DISMISSED without prejudice for plaintiff's failure to comply with the orders of this court.

DONE this the 22nd day of July, 2014.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE